*Please Return to Calkins*
*Note Attorney Account* —

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

OLIN CORPORATION,

                Plaintiff,

    -against-

INSURANCE COMPANY OF
NORTH AMERICA, et al.,

                Defendants.

------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/09

84 Civ. 1968 (TPG)

**RULE 67 ORDER**

    The defendants, Certain London Market Insurance Companies specifically, Economic, River Thames, Swiss Union General Insurance Company, Gibbon Group A and Gibbon Group B ("Depositing Companies"), have requested leave to deposit monies with the Court, pursuant to Rule 67 of the Federal Rules of Civil Procedure, to secure satisfaction of a judgment entered on January 22, 2009 (the "Judgment") against the Depositing Companies (and other defendants), and in favor of the plaintiff, Olin Corporation ("Olin"), and to serve as the basis of Depositing Companies' application for an order staying Olin's execution on the Judgment against Depositing Companies' assets pending disposition by the United States Court of Appeals for the Second Circuit of Depositing Companies' (and other defendants') appeal of the Judgment (the "Appeal'). The parties have stipulated to the proposed deposit of monies with the court and stay of Olin's execution of the Judgment against Depositing Companies on the terms embodied in this order. Accordingly, it is

    **ORDERED** that Depositing Companies are granted leave to deposit the sum of $112,165.44 (the "Deposited Sum") with the court in accordance with Rule 67 and the local rules of the court. The Clerk of the Court is instructed to place the Deposited Sum in an interest bearing account. The Clerk of the Court shall deduct from the income on the Deposited Sum a fee equal to ten per cent (10%) of the income earned, but not to exceed the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office (the "Fee"); and

    **IT IS FURTHER ORDERED** that (a) in the event that the Judgment is reversed on the Appeal, the Deposited Sum, plus the full amount of the interest on the Deposited Sum in excess of the Fee, shall be disbursed to Depositing Companies; or (b) in the event the Appeal is dismissed or the Judgment is affirmed on the Appeal, (i) such portion of the Deposited Sum and interest on the Deposited Sum as equals Depositing Companies' liability to Olin under the Judgment as of the date of such dismissal or affirmance, plus

post-judgment interest on that liability, as appropriate, shall be disbursed to Olin, and (ii) any portion of the Deposited Sum and interest on the Deposited Sum that exceeds Depositing Companies' Judgment liability to Olin, inclusive of post-judgment interest, shall be disbursed to Depositing Companies; it being provided that the court will issue such other and further orders as may be necessary if the Judgment is affirmed in part and reversed in part, or for any other reason that makes a further order appropriate; and

**IT IS FURTHER ORDERED**, that upon Depositing Companies' deposit of the Deposited Sum with the court Olin is enjoined from execution or any other attempt to enforce the Judgment against Depositing Companies pending disposition of the Appeal by the United States Court of Appeals for the Second Circuit.

Dated: March 2, 2009

Thomas P. Griesa
UNITED STATES DISTRICT JUDGE