USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x
:
OLIN CORPORATION,                           :
:
                     Plaintiff,   :
:
  -against-                                 :    84 Civ. 1968 (TPG)
:
INSURANCE COMPANY OF                        :
NORTH AMERICA, et al.,                      :    **ORDER FIXING**
:    **AMOUNT OF BOND FOR STAY OF**
                    Defendants.   :    **EXECUTION OF JUDGMENT**
:
------------------------------------------------------ x

    This mater came to be heard on the stipulation of counsel, and the Court being fully advised, it is

    **ORDERED** that the supersedeas bonds of Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (World Auxiliary, Excess Insurance Company, Minster Insurance Company, Dominion Insurance Company, and National Casualty Company of America Ltd.) in the form, amounts, and with the sureties as shown in the Exhibits to the Stipulation of the parties dated February 20, 2009 is approved by this Court.

    **IT IS FURTHER ORDERED** that the execution and levy on the judgment entered on January 22, 2009 (Geigy Route 211 Dump sites trial) will be stayed pursuant to Fed. R. Civ. Pro. 62 as against the stipulating defendants, specifically, Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (World Auxiliary, Excess Insurance Company, Minster Insurance Company, Dominion Insurance Company, and National Casualty Company of America Ltd.) pending the appeal before the United States Court of Appeals for

the Second Circuit provided that the defendants file the supersedeas bonds in the form, in the amount, and with the sureties that have been approved by this Order.

Dated: 3/2/09

Thomas P. Griesa
UNITED STATES DISTRICT JUDGE