# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| OLIN CORPORATION, | : |
| Plaintiff, | : |
| - against - | : |
| LAMORAK INSURANCE COMPANY, | : |
| Defendant. | : |

----------------------------------------------------------------x    84 Civ. 1968 (JSR)

| | |
|---|---|
| LAMORAK INSURANCE COMPANY | : |
| f/k/a/ OneBeacon America Insurance Company, | |
| | : |
| Third-Party Plaintiff, | |
| | : |
| - against - | |
| | : |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and LONDON MARKET INSURANCE COMPANIES, ET AL., | : |
| | : |
| Third-Party Defendants | |
| | : |
| -and- | |
| | : |
| OLIN CORPORATION, | |
| | : |
| Third-Party Defendant-Intervenor. | |

----------------------------------------------------------------x

**PLAINTIFF OLIN CORPORATION'S TRIAL WITNESS LIST**

Plaintiff Olin Corporation ("Olin") submits this Witness List pursuant to the Court's Individual Rule of Practice 4(b).

Olin currently intends to present the following witnesses to testify live at trial in the following likely order of appearance:

1. Charles Newton III
2. Stuart Roth
3. James Brown
4. Angela Goodner
5. Curtis Richards
6. David Share
7. Randall Grip
8. Neal Brody
9. William Goodfellow
10. Thomas Zetlmeisl
11. William Hall

Olin currently intends to call the following witnesses through excerpts of prior testimony (written or video/audio). These excerpts will be read or played at any appropriate time during Olin's case:

12. Edward Albanese
13. David Clarke
14. Brooke Green
15. Graham Loxley
16. Pamela Post

17. Thomas Ryan

18. Arthur Simmonds

19. George Wisely

Olin intends to call at any appropriate time the following witnesses for purposes of authenticating and/or laying the foundation for documents at trial:

20. Custodian of Records
    Lamorak Insurance Company

21. Custodian of Records
    Resolute Management Inc.

Respectfully Submitted,

OLIN CORPORATION

Dated:  August 21, 2018

 */s/ Craig C. Martin*
**JENNER & BLOCK LLP**
Craig C. Martin
Peter J. Brennan
Matthew J. Thomas
Michael J. Nelson
Allison A. Torrence
353 N. Clark Street
Chicago, Illinois 60654
312-222-9350

– and –

**JENNER & BLOCK LLP**
Brian S. Scarbrough
Matthew E. Price
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
202-639-6000

– and –

**HUSCH BLACKWELL LLP**
David W. Sobelman
Jerry Ronecker
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
314-480-1500

*Attorneys for Plaintiff Olin Corporation*