# EXHIBIT B

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIN CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAMORAK INSURANCE COMPANY, )<br>)<br>Defendant. )<br>-------------------------------------------------------------------X<br>LAMORAK INSURANCE COMPANY )<br>f/k/a OneBeacon America Insurance Company )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>CERTAIN UNDERWRITERS AT LLOYD'S, )<br>   LONDON and LONDON MARKET )<br>   INSURANCE COMPANIES, et al. )<br>)<br>CONTINENTAL CASUALTY COMPANY, )<br>)<br>GENERAL REINSURANCE CORPORATION, )<br>)<br>FIREMAN'S FUND INSURANCE COMPANY, )<br>)<br>MUNICH REINSURANCE AMERICA, INC., )<br>f/k/a AMERICAN RE-INSURANCE COMPANY )<br>)<br>-and- )<br>GREAT AMERICAN INSURANCE COMPANY, )<br>)<br>Third-Party Defendants. ) | Civil Action No. 84 CIV 1968 (JSR) |

## **DEFENDANT LAMORAK INSURANCE COMPANY'S TRIAL WITNESS LIST**

Defendant Lamorak Insurance Company ("Lamorak") submits this Witness List pursuant to the Court's Individual Rule of Practice 4(b).

Lamorak currently intends to present the following witnesses to testify live at trial in the following likely order of appearance:

1. Thomas Ryan
2. Kelly Coulon
3. Scott Recker
4. Sin Senh
5. Pamela Post
6. Douglas Swanson

Lamorak may call the following witnesses if they are not called by Plaintiff Olin Corporation:

1. James Brown; and/or
2. David Share

Lamorak currently intends to call the following witnesses through excerpts of prior testimony (written or video/audio). These excepts will be read or played at any appropriate time during Lamorak's case:

1. David Clarke
2. Wayne Knapp

Lamorak intends to call at any appropriate time the following witnesses for purposes of authenticating and/or laying foundation for documents at trial:

1. Custodian of Records
   Olin Corporation

Respectfully submitted,

**KENNEDYS CMK, LLP**

Dated: August 21, 2018    By:    */s/ Ralph J. Luongo*
Ralph J. Luongo (RL1342)
Elaine Whiteman Klinger (EK 9967)
Two Liberty Place
50 S. 16th Street, Suite 2625
Philadelphia, PA 19102
T:    267.479.6700
F:    267.479.6710
Email: ralph.luongo@kennedyscmk.com
elaine.klinger@kennedyscmk.com

-and-

570 Lexington Avenue, 8th Floor
New York, NY 10022
T:    646.625.4000
F:    646.625.4044

*Attorney for Defendant and Third-Party Plaintiff, Lamorak Insurance Company*