```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
                                 :
OLIN CORPORATION,                :
                Plaintiff,       :
                                 :      84-cv-1968 (JSR)
         - against -             :
                                 :            ORDER
INSURANCE COMPANY OF NORTH       :
AMERICA, et al.,                 :
                Defendants.      :
                                 :
--------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04-01-2020

This will confirm in writing the orders orally issued by the Court, on consent of counsel, during a joint telephone conference at approximately 11:35 a.m. today:

- Updated Fed. R. Civ. P. 26 disclosures must be served by April 22, 2020.

- All document discovery requests must be served by May 6, 2020.

- Any objections to the document requests must be brought to the Court's attention through a joint telephonic conference no later than May 29, 2020.

- All documents must be produced by June 10, 2020.

- Fact depositions must be completed by August 28, 2020.

- Expert reports must be served by September 11, 2020.

- Rebuttal expert reports must be served by September 30, 2020.

-1-

- Expert depositions must be completed by October 22, 2020.

Post-discovery summary judgment papers must be filed on the following schedule: (a) moving papers on November 12, 2020; (b) answering papers on December 7, 2020; and (c) reply papers on December 14, 2020. A final pre-trial conference, as well as oral argument on any post-discovery summary judgment motions, shall be held at 4:00 PM on December 21, 2020, during which the Court will set the date for trial.

SO ORDERED.

Dated: New York, New York
April 1, 2020

_____
United States District Judge