```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
OLIN CORPORATION,                    :
                                     :      84-cv-1968 (JSR)
        Plaintiff,                   :
                                     :
           -v-                       :
                                     :      ORDER
                                     :
LAMORAK INSURANCE COMPANY,           :
                                     :
        Defendant.                   :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

On March 6, 2021, defendant Lamorak Insurance Company ("Lamorak") moved pursuant to Federal Rule of Civil Procedure 62(d) for a stay of judgment pending appeal without posting a bond or other security. In the alternative, Lamorak initially indicated that it sought a temporary stay to permit the Commonwealth Court of Pennsylvania to rule on a March 2, 2021 petition for an order placing Lamorak in liquidation. Dkt. No. 2467. On March 11, 2021, Lamorak filed a "Notice of Entry of Order of Liquidation," and included as an exhibit the Commonwealth Court of Pennsylvania's Liquidation Order, which had been issued that same day. Dkt. No. 2477. Among other things, the Liquidation Order purports to stay all actions currently pending against Lamorak "in the courts of the Commonwealth of Pennsylvania or elsewhere." Dkt. No. 2477-1, ¶ 13.

Lamorak is hereby directed to file a supplemental brief, not to exceed five double-spaced pages, addressing whether the Liquidation Order is enforceable in this Court. It must be filed by no later than noon tomorrow, March 13, 2021. Any opposition by plaintiff Olin Corporation, also not to exceed five double-spaced pages, must be filed by noon on Sunday, March 14, 2021. The Court will resolve the motion by March 15, 2021.

SO ORDERED.

Dated:   New York, NY                              _____
         March 12, 2021                            JED S. RAKOFF, U.S.D.J.